

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2021

No. 04-21-00256-CV

**IN THE INTEREST OF N.A., N.Y.M.H.A. AND D.M.A., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01667
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

The reporter's record, which was due on July 01, 2021, has not been filed. Therefore, we ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **July 16, 2021**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court